1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| STEVE TORRES | ) | |
|---|---|---|
| | ) | Civil Action No. 1:05-CV-0398 DLB |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 20, 2005, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, March 25, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  August 22, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: August 22, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kimberly A. Gaab<br>(as authorized via facsimile)<br>KIMBERLY A. GAAB |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   August 23, 2005**          **/s/ Dennis L. Beck**
3c0hj8                               UNITED STATES MAGISTRATE JUDGE