1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 STEVE TORRES                )
                               )   1:05-CV-398  DLB
11                             )
          Plaintiff,           )   STIPULATION AND ORDER TO DISMISS
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
          Defendant.           )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on March 24, 2005, on behalf of Plaintiff be dismissed.  After thorough review

20 of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

1      Dated: November 28, 2005      /s/ Gina Fazio

2                                                 GINA FAZIO, ESQ.
Attorney for Plaintiff

3

4      Dated: November 30, 2005

                                              MCGREGOR SCOTT
United States Attorney

5

6                                               By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB

7                                               Assistant U.S. Attorney

8

9      IT IS SO ORDERED.

10      **Dated:**    **November 30, 2005**                  **/s/ Dennis L. Beck**
     3c0hj8                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28